PERRY G. TICE, Appellant, v. FRANK FLEMING, Respondent.

St. Louis Court of Appeals, April 10, 1900.

Constitutional Question. Where the record presents to this court a constitutional question, the cause will be transferred to supreme court.

Appeal from the Texas Circuit Court.—*Hon. William N. Evans,* Judge.

TRANSFERRED TO SUPREME COURT.

BLAND, P. J.—The appellant by his motion for a new trial, which is incorporated in the bill of exceptions and is made a part of the record, raised a constitutional question in the trial court, which constitutional question is duly presented to this court for decision, wherefore the cause is transferred to the supreme court for its decision. Judge *Bond* concurs; Judge *Biggs* absent.